**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| NewRez LLC | CIVIL ACTION NO: |
| **Plaintiff** | COMPLAINT |
| **vs.** | RE: 103 Town Farm Road, Lincoln, ME 04457 |
| Angela Marie Richards | Mortgage: November 24, 2021 Book 16290, Page 59 Penobscot Registry of Deeds |
| **Defendant** | |

NOW COMES the Plaintiff, NewRez LLC, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Angela Marie Richards, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by NewRez LLC, in which the Defendant, Angela Marie Richards, is the obligor and the total amount owed under the terms of the Note is One Hundred Sixty-Four Thousand Four Hundred Forty-Five and 73/100 ($164,445.73) Dollars, plus attorney fees and costs associated with

the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. NewRez LLC is a Limited Liability Corporation with its principal/main place of business located at 55 Beattie Place, Suite 110, Mail Stop 005, Greenville, SC 29601.

5. Newrez LLC d/b/a Shellpoint Mortgage Servicing is a Delaware Limited Liability Company with the single member being Shellpoint Partners LLC, a Delaware Limited Liability company whose principal place of business 799 Broadway, Floor 8 Suite 825, New York, NY 10003.

6. Shellpoint Partners LLC is a Delaware Limited Liability Company with the two members being NRM Acquisition LLC and NRM Acquisition II LLC, Delaware Limited Liability companies whose principal place of business is 799 Broadway, Floor 8 Suite 825, New York, NY 10003. Both NRM Acquisition LLC and NRM Acquisition II LLC have the same single member of New Residential Mortgage LLC, a Delaware Limited Liability company whose principal place of business is 799 Broadway, Floor 8 Suite 825, New York, NY 10003.

7. New Residential Mortgage LLC has a single member of Rithm Capital Corp., a Delaware Corporation whose principal address is 799 Broadway, Floor 8, New York, NY 10003. Accordingly, the Plaintiff is a citizen of both Delaware and New York.

8. The Defendant, Angela Marie Richards, is a resident of Lincoln, County of Penobscot and State of Maine.

## FACTS

9.  On November 24, 2021, by virtue of a Warranty Deed from Christopher David Garcia and Susan Elaine Garcia, which is recorded in the Penobscot County Registry of Deeds in **Book 16290, Page 57**, the property situated at 103 Town Farm Road, City/Town of Lincoln, County of Penobscot, and State of Maine, was conveyed to Angela Marie Richards, being more particularly described by the attached Exhibit A; (a true and correct copy of the legal description is attached hereto and incorporated herein).

10. On November 24, 2021, Defendant Angela Marie Richards, executed and delivered to T2 Financial LLC DBA Revolution Mortgage a certain Note under seal in the amount of $171,830.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

11. To secure said Note, on November 24, 2021, Defendant, Angela Marie Richards, executed a Mortgage Deed in favor of T2 Financial LLC DBA Revolution Mortgage, securing the property located at 103 Town Farm Road, Lincoln, ME 04457 which Mortgage Deed is recorded in the Penobscot County Registry of Deeds in **Book 16290**, **Page 59**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to Mortgage Electronic Registration Systems, Inc. by virtue of an Assignment of Mortgage dated November 24, 2021, and recorded in the Penobscot County Registry of Deeds in **Book 16291**, **Page 124**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to NewRez LLC by virtue of an Assignment of Mortgage dated May 19, 2026, and recorded in the Penobscot County Registry of Deeds in **Book 17876**, **Page 192**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. On June 5, 2026, the Defendant, Angela Marie Richards, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the USPS Tracking (herein after referred to as the "Demand Letter"). *See* Exhibit F (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

15. The Demand Letter informed the Defendant, Angela Marie Richards, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit F.

16. The Defendant, Angela Marie Richards, failed to cure the default prior to the expiration of the Demand Letter.

17. The Plaintiff, NewRez LLC, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

18. The Plaintiff, NewRez LLC, hereby certifies it is the lawful holder and owner of the Note and Mortgage.

19. The Plaintiff, NewRez LLC, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

20. The total debt owed under the Note and Mortgage as of August 15, 2026, is One Hundred Sixty-Four Thousand Four Hundred Forty-Five and 73/100 ($164,445.73) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $156,607.35 |

| | |
|---|---|
| Interest | $2,740.06 |
| Funds Owed by Borrower | $5,098.32 |
| Grand Total | $164,445.73 |

21. Upon information and belief, the Defendant, Angela Marie Richards, is presently in possession of the subject property originally secured by the Mortgage.

<u>COUNT I – FORECLOSURE AND SALE</u>

22. The Plaintiff, NewRez LLC, repeats and re-alleges paragraphs 1 through 21 as if fully set forth herein.

23. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 103 Town Farm Road, Lincoln, County of Penobscot, and State of Maine. *See* Exhibit A.

24. The Plaintiff, NewRez LLC, is the holder of the Note referenced in Paragraph 10 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, NewRez LLC, has the right to foreclosure and sale upon the subject property.

25. The Plaintiff, NewRez LLC, hereby certifies it is the current owner and investor of the aforesaid Mortgage and Note.

26. The Defendant, Angela Marie Richards, is presently in default on said Mortgage and Note, having failed to make the monthly payment due March 1, 2026, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

27. The total debt owed under the Note and Mortgage as of August 15, 2026, is One Hundred Sixty-Four Thousand Four Hundred Forty-Five and 73/100 ($164,445.73) Dollars.

28. The record established through the Penobscot County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

29. By virtue of the Defendant, Angela Marie Richards's, breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

30. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendant, Angela Marie Richards, on June 5, 2026, evidenced by the USPS Tracking. *See* Exhibit F.

31. The Defendant, Angela Marie Richards, is not in the Military as evidenced by the attached Exhibit G.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, NewRez LLC, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322, as affected by Defendant, Angela Marie Richards's, discharge in bankruptcy, and accordingly, this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property;

b) Determine the amount due and priority of any Parties-In-Interest that appear in this matter;

c) Grant possession to the Plaintiff, NewRez LLC, upon the expiration of the period of redemption;

d) Find that the Defendant, Angela Marie Richards, is in breach of the Note by failing to make payment due as of March 1, 2026, and all subsequent payments;

e) Find that the Defendant, Angela Marie Richards, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that it was the intent of the Defendant, Angela Marie Richards, and the original lender, T2 Financial LLC DBA Revolution Mortgage, on November 24, 2021, to create a mortgage on the property commonly known as and numbered as 103 Town Farm Road, Lincoln, ME 04457;

g) Impose the applicable time periods for redemption, etc., as reflected in 14 M.R.S.A. § 6322;

h) Find that while the Defendant, Angela Marie Richards, has no personal liability in this matter, a Judgment of Foreclosure and Sale in this matter can be imposed *in rem* against the property commonly known as and numbered as 103 Town Farm Road, Lincoln, ME 04457;

i) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
NewRez LLC,
By its attorneys,

Dated: August 7, 2026

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com